**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: attyjcharles@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Defendants/Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE THE MATTER OF: | Chapter 7 |
| REYNOLDO VAZQUEZ-RUIZ, | Case No. 2:09-bk-18446-RTB |
| Debtor. | Adv. Proc. No. 2:09-ap-01569-RTB |
| DAVID A. BIRDSELL, CHAPTER 7 TRUSTEE, | **ANSWER** |
| Plaintiff, vs. | |
| ANTONIO VAZQUEZ-RUIZ, | |
| Defendant. | |

Defendants, by and through his attorneys undersigned, hereby answers Plaintiff's Complaint and admits, denies and alleges as follows:

1. Defendant admits the allegations contained in Paragraphs 1 and 2 of Plaintiff's Complaint.

2. Defendant denies the allegations contained in Paragraphs 3 and 4 of Plaintiff's Complaint.

- 1 -

3. Defendant is without sufficient information to form a belief as to the truthfulness of the allegations contained in Paragraph 5 of Plaintiff's Complaint, and as such neither denies nor admits same.

4. Defendant admits to the allegations contained in Paragraphs 6, 7, 8 and 9 of Plaintiff's Complaint.

5. Defendant denies the allegations contained in Paragraphs 10, 11, 12, 13, 14, 15, 16 and 17 of Plaintiff's Complaint.

WHEREFORE, Defendant requests that this Court dismiss Plaintiff's Complaint, that he be awarded reasonable attorney's fees and costs incurred herein, and for such other and further relief as the Court deems necessary.

DATED this 14th day of December, 2009.

**JOSEPH W. CHARLES, P.C.**

By: /s/ Joseph W. Charles
**JOSEPH W. CHARLES**
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
Attorney for Defendant

The foregoing was eletronically
filed with the U.S. Bankruptcy Court
and a copy was mailed this 14th day
of December, 2009, to:

Dawn M. Bayne, Esq.
Allen, Sala & Bayne, PLC
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004
Attorneys for Plaintiff

/s/ S. Borek